UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. TAURO,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CAPITAL ONE FINANCIAL CORP.,<br><br>　　　　　　　　Defendants. | Civil Action No. 15-1136<br><br>Hon. Maureen P. Kelly<br>United States Magistrate Judge |

## [PROPOSED] ORDER

AND NOW, this _____ day of September, 2015, upon consideration of Defendant Capital One Financial Corp.'s Motion for Extension of Time to Respond to Plaintiff's Complaint (ECF No. _____), it is hereby ORDERED that the motion is GRANTED. Defendant shall file its response to the Complaint on or before October 23, 2015.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Maureen P. Kelly
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge